1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE ENGE,

        Plaintiff,

    v.

MARTIN O'MALLEY,

        Defendant.

Case No.22-cv-06696-RMI

**JUDGMENT**

    On March 21, 2024, the court issued an order regarding the parties' cross motions for summary judgment.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that order.  The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: March 21, 2024

_____
ROBERT M. ILLMAN
United States Magistrate Judge